JUDGE KATHLEEN CARDONE

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

FILED

2020 OCT 28 PM 2: 15

CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **CRIMINAL NO. EP-20-CR-** |
| | § | |
| Plaintiff, | § | **S E A L E D** |
| | § | |
| v. | § | **I N D I C T M E N T** |
| | § | |
| **JOSEPH ABRAHAM HAMZA,** | § | CT 1: 18 U.S.C. § 758 - High Speed Flight |
| | § | from Immigration Checkpoint. |
| Defendant. | § | |
| | § | |

THE GRAND JURY CHARGES:

# EP20CR2287

<u>**COUNT ONE**</u>
(18 U.S.C. § 758)

On or about September 15, 2020, in the Western District of Texas, Defendant,

**JOSEPH ABRAHAM HAMZA,**

did knowingly flee or evade a checkpoint operated by the Department of Homeland Security,

Customs and Border Protection, United States Border Patrol or other Federal law enforcement

agency, in a motor vehicle and fled, Federal, State, or local law enforcement agents and or officers

in excess of the legal speed limit, in violation of Title 18, United State Code, Section 758.

**ORIGINAL SIGNATURE**
A TRUE BILL.
**REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002**

_____
FOREPERSON OF THE GRAND JURY

GREGG N. SOFER
UNITED STATES ATTORNEY

BY:_____
     Assistant U.S. Attorney