IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2020 OCT 28 PM 2: 15
CLERK US DISTRICT COURT
ESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § § **SEALED** § Plaintiff, § § v. § No. EP-20-CR- § JOSEPH ABRAHAM HAMZA, § § Defendant. § | **EP20CR2287** |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant is being charged with a violation of Title 18, United States Code, Section 758, *High Speed Flight from Immigration Checkpoint*.

2. The Defendant has a prior criminal history.

3. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

GREGG N. SOFER
UNITED STATES ATTORNEY

By: _____
ANTHONY J. RODREGOUS
Assistant U.S. Attorney
California Bar #323581
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884